IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JENNIFER BROCK, Special Administrator of the Estate of ROBERT A. CURRY, Deceased, | ) ) ) ) | 4:13-cv-03197-JMG-CRZ |
| JENNIFER BROCK and ROBERT J. CURRY, as parents and next friend of ANSLEY L. CURRY, a minor child; | ) ) ) ) | |
| JENNIFER BROCK, Individually; | ) ) | |
| ROBERT J. CURRY, Individually; | ) ) | **PROTECTION ORDER** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED DISTRIBUTION, INC, a Delaware Corporation, and LEAMOND PIERCE, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Parties Motion and Stipulation for a Protection Order (Filing No. 7) pursuant to the Court's authority under Fed. R. Civ. P. 26(c) of the Federal Rules of Discovery. The Motion and Stipulation for Protection Order will be granted.

IT IS ORDERED:

1. This Protective Order shall apply to any agents, consultants, attorneys, officers or employees of the parties.

2. The parties have agreed to the depositions of the Plaintiffs on January 7, 2014 for purposes of attempted early alternative dispute resolution and for other purposes as may be provided pursuant to Fed.R.Civ.P. 30. The Parties hereby stipulate that said testimony may be obtained prior to the initial disclosures required by Fed.R.Civ.P. 26(a) as allowed by Fed.R.Civ.P 26(d)(1).

3. In consideration of the stipulation noted above and as allowed by by Fed.R.Civ.P 26(d)(1), the recorded testimony provided by Jennifer Brock or Robert Curry in their respective depositions in the above captioned matter (the "Depositions"), the Deposition transcripts themselves, and the documents produced in the Depositions shall not be used or disclosed by the remaining parties or their counsel to any persons identified in Paragraphs 1 of this Protective Order for any purposes whatsoever other than preparing for and conducting a mediation and litigation in this lawsuit (including any appeals), and specifically, shall not be disclosed for purposes of the current criminal matter pending in Lancaster County at CR 13-8884 captioned *State of Nebraska v. Leamond J. Pierce Jr*. (the "criminal proceedings").

4. Nothing in this Protective Order limits the right of any person or party to obtain or use information, including testimony of or information pertaining to plaintiffs, obtained from other sources, including through the use of procedures in the criminal proceedings, the public domain or other non-confidential sources, or to seek any protection it deems necessary for any documents or information, in accordance with Rule 26 of the Federal Rules of Civil Procedure.

5. If any of the foregoing violates the Federal Rules of Civil Procedure, the Federal Rules of Civil Procedure control and such provision will not be enforced.

DATED this 7th day of January, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge