IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER BROCK, et al., | |
| Plaintiffs, | 4:13-CV-3197 |
| vs. | |
| UNITED DISTRIBUTION, INC., a Delaware Corporation, and LEAMOND PIERCE, | ORDER |
| Defendants. | |

The Court has been advised that the parties in this case intend to dismiss their claims. Accordingly,

IT IS ORDERED:

1.  On or before July 14, 2014, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2.  Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3.  The Clerk of the Court shall set a dismissal papers deadline of July 14, 2014.

Dated this 15th day of April, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge