IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNIFER BROCK, et al.<br><br>                Plaintiffs,<br><br>vs.<br><br>UNITED DISTRIBUTION, INC., a Delaware Corporation, and LEAMOND PIERCE,<br><br>                Defendants. | 4:13-CV-3197<br><br>JUDGMENT |

    Upon the parties' Motion and Joint Stipulation for Dismissal with Prejudice (filing 11), this matter is dismissed with prejudice, the parties to pay their own costs.

    Dated this 15th day of July, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge